Tammy B. Webb, SBN 227593
tbwebb@shb.com
SHOOK, HARDY & BACON L.L.P.
555 Mission Street, Suite 2300
San Francisco, CA 94105
Tel: (415) 544-1900 | Fax: (415) 391-0281

Elisabeth A. Hutchinson (*pro hac vice* pending)
ehutchinson@shb.com
SHOOK, HARDY & BACON L.L.P.
1600 17th Street, Suite 450
Denver, CO 80202
Phone: (303) 285-5300 | Fax: (303) 285-5301

Attorneys for Defendants
ParkMobile, LLC and ParkMobile USA, Inc.

[additional counsel listed in signature block]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACK WILLIAM WEAVER on behalf of himself and all others similarly situated,<br><br>    Plaintiffs,<br><br>  v.<br><br>PARKMOBILE, LLC and PARKMOBILE USA, INC.,<br><br>    Defendants. | Case No. 3:21-cv-05096-CRB<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER TRANSFERRING CASE TO NORTHERN DISTRICT OF GEORGIA** |

1    The Parties in the above-entitled action, by and through their counsel of record, hereby

2    stipulate to the following facts and recitals:

3    On July 1, 2021, Plaintiff Jack William Weaver ("Plaintiff") filed a Complaint against

4    Defendants ParkMobile, LLC and ParkMobile USA, LLC ("ParkMobile"). Dkt. 1.

5    On September 17, 2021, ParkMobile filed a Motion to Transfer Case or Stay Proceedings

6    (Dkt. 12) and a Motion to Dismiss Plaintiff's Complaint (Dkt. 13). Plaintiff's deadline to file

7    opposition papers to ParkMobile's motion to transfer and motion to dismiss is currently October 1,

8    2021. ParkMobile's replies in support of its two motions are currently due on October 8, 2021; and

9    the hearing on ParkMobile's motions is set for November 19, 2021. Dkts. 12-13.

10   Following ParkMobile's filing of its Motion to Transfer Case or Stay Proceedings, the Parties

11   met and conferred.  As part of that process, the Parties now agree that this case should be transferred

12   from this Court to the Northern District of Georgia where earlier-filed and related cases (*Baker, et al.*

13   *v. ParkMobile, LLC*, No. 1:21-cv-02182-SCJ and *Demos v. ParkMobile, LLC*, No. 1:21-cv-03595-

14   MHC) are currently pending.  Plaintiffs' counsel in this action are the same counsel as the counsel

15   for plaintiffs in the *Baker* and *Demos* matters. *Baker* and *Demos* are assigned to the Honorable Steve

16   C. Jones of the Northern District of Georgia. The Parties agree that this case should be consolidated

17   before Judge Jones because he already is hearing the related actions. The *Baker* Plaintiffs intend to

18   file a first amended consolidated class action complaint within thirty days after *Weaver* is transferred

19   to the Honorable Steve C. Jones.

20   In light of the agreed desire to transfer this action to the Northern District of Georgia and Mr.

21   Weaver's counsel's intent to file a first amended consolidated class action complaint in that court,

22   ParkMobile has agreed to withdraw the pending motion to dismiss if the motion to transfer is

23   granted. ParkMobile will answer or otherwise respond to the first amended consolidated class action

24   complaint within thirty days after it is filed, as further agreed upon by the parties in a motion

25   currently before the Northern District of Georgia.

26   To allow this Court enough time to consider the motion to transfer this case to the Northern

27   District of Georgia, the Parties further agree that Plaintiff's deadline to file opposition papers to

28   ParkMobile's motion to transfer and motion to dismiss shall be extended to October 29, 2021, and

1

1   ParkMobile's replies in support of its two motions shall be due on November 5, 2021. The hearing

2   on ParkMobile's motions shall remain on calendar for November 19, 2021, pending transfer of the

3   case to the Northern District of Georgia by order of the Court. ParkMobile will withdraw the

4   pending motion to dismiss when the case is transferred.

5           The Parties in this action have previously filed the following stipulations for extension of

6   time:

7       1.   Stipulation for extension of time to respond to complaint. Dkt. 6; and

8       2.   Stipulation with proposed order regarding briefing deadlines for motion to dismiss and

9            motion to transfer. Dkt. 14.

10          IT IS HEREBY STIPULATED, by and between the Parties, through their counsel of record,

11  and subject to this Court's approval, that this action shall be transferred to the Northern District of

12  Georgia, where it can be consolidated with the *Baker* and *Demos* matters before the Honorable Steve

13  C. Jones. Further, Plaintiff's deadline to respond to ParkMobile's motions to dismiss and transfer is

14  extended from October 1, 2021 to October 29, 2021, and ParkMobile's deadline to file reply briefs

15  in support of the two motions is extended from October 8, 2021 to November 5, 2021. The hearing

16  on ParkMobile's motions remain on calendar for November 19, 2021.

17          IT IS SO STIPULATED.

18  Dated: September 30, 2021                          Respectfully submitted,

19                                                     By: */s/ MaryBeth V. Gibson*
20                                                          MaryBeth V. Gibson

21                                                     *Attorneys for Plaintiff*

22                                                     MaryBeth V. Gibson (*pro hac vice* forthcoming)
                                                       **THE FINLEY FIRM, P.C.**
23                                                     3535 Piedmont Road
                                                       Building 14, Suite 230
24                                                     Atlanta, GA 30305
                                                       Tel.: (404) 320-9979
25                                                     Fax: (404) 320-9978
                                                       mgibson@thefinleyfirm.com
26

27                                                     Todd D. Carpenter (SBN 234464)
                                                       1350 Columbia St., Ste. 603
28                                                     San Diego, CA 92101

Tel.: (619) 762-1900
Fax: (619) 756-6991
tcarpenter@carlsonlynch.com

Gary F. Lynch (PA ID 56887)
**CARLSON LYNCH, LLP**
1133 Penn Avenue, 5thFloor
Pittsburgh, PA 15222
Tel.: (412) 322-9243
Fax: (412) 231-0246
glynch@carlsonlynch.com

Arthur M. Murray
Caroline T. White
**MURRAY LAW FIRM**
Hancock Whitney Center
701 Poydras Street, Suite 4250
New Orleans, Louisiana 70139
Tel.: (504) 593-6473
Fax (504) 584-5249
amurray@murray-lawfirm.com
cthomas@murray-lawfirm.com

Joseph Guglielmo
Erin Green Comite
Anja Rusi
**SCOTT+SCOTT ATTORNEYS AT LAW
LLP**
The Helmsley Building
230 Park Avenue, 17thFloor
New York, NY 10169
Tel.: (212) 223-6444
Fax: (212) 223-6334
jguglielmo@scott-scott.com
ecomite@scott-scott.com
arusi@scott-scott.com

Karen Hanson Riebel
Kate M. Baxter-Kauf
**LOCKRIDGE GRINDAL NAUEN, P.L.L.P**
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Tel: (612) 339-6900
khriebel@locklaw.com
kmbaxter-kauf@locklaw.com

Brian C. Gudmundson
Michael J. Laird
**ZIMMERMAN REED LLP**

80 S 8th Street, Suite 1100
Minneapolis, MN 55402
Tel (612) 341-0400
Fax (612) 341-0844
brian.gudmundson@zimmreed.com
michael.laird@zimmreed.com

James Pizzirusso (pro hac vice forthcoming)
**HAUSFELD LLP**
888 16th Street N.W., Suite 300
Washington, DC 20006
Tel.: (202) 540-7200
Fax: (202) 540-7201
jpizzirusso@hausfeld.com

Steven M. Nathan (pro hac vice forthcoming)
**HAUSFELD LLP**
33 Whitehall St., 14th Floor
New York, NY 10004
Tel.: (646) 357-1100
Fax: (212) 202-4322
snathan@hausfeld.com

Bryan L. Bleichner (CA #220340)
**CHESTNUT CAMBRONNE PA**
100 Washington Ave. S., Suite 1700
Minneapolis, MN 55401
Tel.: (612) 339-7300
bbleichner@chestnutcambronne.com

Dated: September 30, 2021                SHOOK, HARDY & BACON L.L.P.


By: */s/ Tammy B. Webb*
     Tammy B. Webb

*Attorneys for Defendants*
PARKMOBILE, LLC
and PARKMOBILE USA, INC.
Tammy B. Webb, SBN 227593
tbwebb@shb.com
SHOOK, HARDY & BACON L.L.P.
555 Mission Street, Suite 2300
San Francisco, CA 94105
Tel: (415) 544-1900 | Fax: (415) 391-0281

Elisabeth A. Hutchinson (*pro hac vice* pending*)*
ehutchinson@shb.com
SHOOK, HARDY & BACON L.L.P.
1600 17th St. Suite 450
Denver, CO 80202

4

1

Phone: (303) 285-5300
Fax: (303) 285-5301

2

3

4

Pursuant to L.R. 5-1(i)(3), I attest that concurrence in the filing of this document has been

5

obtained from the other signatories.

6

By:      */s/ Tammy B. Webb*
Tammy B. Webb

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Stipulation and [Proposed] Order
Case No.: 3:21-cv-05096-CRB

**[PROPOSED] ORDER**

Pursuant to the Parties' stipulation, and good cause showing, this Court hereby orders that the Stipulation is GRANTED. The Court orders the following:

1.  This case is hereby transferred to the Northern District of Georgia for consolidation with the related *Baker* and *Demos* matters; and

2.  ParkMobile's motion to dismiss and transfer (Dkts. 12-13) are now moot and the November 19, 2021 hearing date is off calendar.


IT IS SO ORDERED.



Date:  __October 1, 2021_____                          _____

                                                             HONORABLE CHARLES R. BREYER